AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

LILIANA JIMENEZ,
Plaintiff,

v.

EAGLE PASS INDEPENDENT SCHOOL DISTRICT,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-20-CV-16-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That: (1) Mr. Gorman's motion to withdraw is GRANTED; and (2) the Plaintiff's motion to dismiss is GRANTED. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against the Defendant Eagle Pass Independent School District are DISMISSED WITHOUT PREJUDICE.

06/21/2021
Date

Jeannette J. Clack
Clerk

*J. Sanchez*
(By) Deputy Clerk